■ DENTAL DEVELOPMENT & MFG. CORP., Respondent, v STEVEN M. ANTLER et al., Appellants.—In an action, *inter alia,* to enjoin defendants from divulging trade secrets, defendants appeal from an order of the Supreme Court, Kings County, dated October 14, 1977, which granted plaintiff's motion for a preliminary injunction to the extent of enjoining the defendants from, *inter alia,* "disclosing and/or using" trade secrets and customer lists of the plaintiff. Order modified by adding thereto a provision conditioning the grant of the preliminary injunction upon the giving by the plaintiff of an undertaking in the amount of $25,000, with a corporate surety, so that the plaintiff, if it is finally determined that it was not entitled to an injunction, will pay to the defendant all damages and costs which may be sustained by reason of the injunction. As so modified, order affirmed, with $50 costs and disbursements to respondent. Special Term erred in failing to include a provision in its order requiring the plaintiff to post an undertaking (see CPLR 6312, subd [b]). Damiani, J. P., Titone, Suozzi and O'Connor, JJ., concur.

■ DIME SAVINGS BANK OF NEW YORK, Respondent, v MERTYLIN CARROLL, Appellant, et al., Defendants.—Appeal from a decision of the Supreme Court, Kings County, dated November 3, 1976, dismissed, without costs or disbursements. No appeal lies from a decision. Two orders of the same court, dated November 26, 1976 and November 10, 1977, respectively, affirmed, without costs or disbursements. No opinion. Damiani, J. P., Titone, Suozzi and O'Connor, JJ., concur.

■ GRAMATAN HOME INVESTORS CORP., Respondent, v CLAUDE WILLIAMS et al., Appellants.—Judgment of the Supreme Court, Westchester County, entered July 21, 1977, affirmed, with $50 costs and disbursements (see Real Property Actions and Proceedings Law, § 713). Shapiro, J. P., Cohalan, Margett and Hawkins, JJ., concur.